IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALARMFORCE INDUSTRIES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PATRICK M. EGAN | : | NO. 19-4716 |

**O R D E R**

AND NOW, this 19th day of August, 2020, upon consideration of Plaintiff's motion for summary judgment (Doc. 21), to which Defendant has not responded, and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED.  IT IS FURTHER ORDERED that, no later than August 26, 2020, counsel shall confer and provide the court with the amount of the award to be entered on September 1, 2020, based on the interest provided for in the Note.

BY THE COURT:

/s/ ELIZABETH T. HEY
ELIZABETH T. HEY, U.S.M.J.